IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| THE NOCO COMPANY, INC., an Ohio corporation,<br><br>      Plaintiff,<br><br>v.<br><br>DELTONA TRANSFORMER CORPORATION, *et al.*,<br><br>      Defendants. | Case No: 6:20-cv-50-Orl-40GJK |

**PLAINTIFF/COUNTERCLAIM DEFENDANT THE NOCO COMPANY, INC.'S
ANSWER AND DEFENSES TO DELTRAN USA, LLC'S COUNTERCLAIM**

Plaintiff and Counterclaim Defendant The NOCO Company, Inc. ("NOCO") hereby responds to the Counterclaim (D.I. 26) filed on March 12, 2020, by Defendant Deltran USA, LLC (the "Counterclaim) as follows:

**THE PARTIES**

1. NOCO admits the allegations in paragraph 1 of the Counterclaim.

2. NOCO denies the allegations in paragraph 2 of the Counterclaim.

**JURISDICTION AND VENUE**

3. The allegations in paragraph 3 of the Counterclaim set forth legal conclusions to which no response is required. To the extent necessary, NOCO does not contest this Court's subject-matter jurisdiction over Counterclaim Plaintiff's asserted counterclaims. Any remaining allegations in paragraph 3 of the Counterclaim are denied.

4. The allegations in paragraph 4 of the Counterclaim set forth legal conclusions to which no response is required. To the extent necessary, NOCO does not contest this Court's

personal jurisdiction over NOCO as it relates to Counterclaim Plaintiff's asserted counterclaims or that this Court is a proper venue to resolve Counterclaim Plaintiff's asserted counterclaims. Any remaining allegations in paragraph 4 of the Counterclaim are denied.

### Count I: Declaration of Invalidity of the '015 Patent

5. NOCO incorporates by reference the preceding paragraphs of this reply to the Counterclaim as though fully stated here.

6. The allegations in paragraph 6 of the Counterclaim set forth legal conclusions to which no response is required. To the extent necessary, NOCO states that its Complaint and the Counterclaim speak for themselves. Any remaining allegations in paragraph 6 of the Counterclaim are denied.

7. NOCO denies the allegations in paragraph 7 of the Counterclaim.

8. NOCO denies the allegations in paragraph 8 of the Counterclaim.

9. NOCO denies the allegations in paragraph 9 of the Counterclaim.

10. NOCO denies the allegations in paragraph 10 of the Counterclaim.

### Count II: Declaration of Non-Infringement of the '015 Patent

11. NOCO incorporates by reference the preceding paragraphs of this reply to the Counterclaim as though fully stated here.

12. NOCO admits the allegations in paragraph 11 of the Counterclaim.

13. NOCO denies the allegations in paragraph 13 of the Counterclaim.

14. Answering the unnumbered "WHEREFORE" paragraph immediately following paragraph 13 of the Counterclaim (and set forth under the heading "PRAYER FOR RELIEF"), NOCO denies that Counterclaim Plaintiff is entitled to the specific relief requested in subparagraphs (1) through (6) or any relief whatsoever.

15. NOCO denies any allegations not otherwise admitted.

## AFFIRMATIVE DEFENSES

1. The Counterclaim fails to state a cause of action because it constitutes an impermissible "shotgun pleading" in violation of well-established law in the Court and in this Circuit. *See, e.g., Weiland v. Palm Beach Cnty. Sheriff's Office,* 792 F.3d 1313, 1321 & n.11 (11th Cir. 2015); *Dressler v. United States Department of Education*, No. 2:18-cv-311, 2019 U.S. Dist. LEXIS 55451 (M.D. Fla. April 1, 2019).

## Jury Demand

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff The NOCO Company, Inc. demands trial by jury for all claims and issues thus triable by right.

Dated:  April 1, 2020                    Respectfully submitted,

*/s/ Lida Rodriguez-Taseff*
Lida Rodriguez-Taseff
Florida Bar No. 39111
DLA Piper LLP (US)
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
Tel.: (305) 423.8525
Fax: (305) 675.7885
lida.rodriguez-taseff@dlapiper.com
Secondary Email: dawn.perez@dlapiper.com

Of counsel:

Michael J. Garvin (0025394)
*(Admitted Pro Hac Vice)*
Aaron M. Williams (0090319)
*(Admitted Pro Hac Vice)*
Patrick R. Akers (0095985)
*(Admitted Pro Hac Vice)*
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114
(216) 479-6100

(216) 479-6060 (facsimile)
mjgarvin@vorys.com
amwilliams@vorys.com
prakers@vorys.com

Rex W. Miller, II (0085324)
*(Admitted Pro Hac Vice)*
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
(614) 464-6400
rwmiller@vorys.com

*Attorneys for Plaintiff The NOCO Company*

4

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 1st day of April, 2020 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Megan A. McNamara
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, Florida 33401
mmcnamara@foxrothschild.com
*Counsel for Defendants, Deltona Transformer*
  *Corporation and Deltran USA, LLC*

Christopher R. Kinkade *(Admitted Pro Hac Vice)*
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, New Jersey 08648-2311
ckinkade@foxrothschild.com
*Counsel for Defendants, Deltona Transformer*
  *Corporation and Deltran USA, LLC*

Jonathan R. Lagarenne *(Admitted Pro Hac Vice)*
Fox Rothschild LLP
1225 17th Street, Suite 2200
Denver, CO 80202
jlagarenne@foxrothschild.com
*Counsel for Defendants, Deltona Transformer*
  *Corporation and Deltran USA, LLC*

Ryan N. Miller *(Admitted Pro Hac Vice)*
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
rmiller@foxrothschild.com
*Counsel for Defendants, Deltona Transformer*
  *Corporation and Deltran USA, LLC*

**DLA PIPER LLP (US)**

*/s/ Lida Rodriguez-Taseff*
Lida Rodriguez-Taseff